**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hortencio MENDOZA–ORTIZ, Defendant–Appellant.**

No. 05–10368.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 12, 2006.

Denise B. Williams, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

David E. Sloan, Federal Public Defender's Office Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Hortencio Mendoza–Ortiz, Pecos, TX, pro se.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Hortencio Mendoza–Ortiz

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(Mendoza) on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mendoza, who pleaded guilty to unlawfully reentering the United States following a prior deportation, received a copy of counsel's motion but has not filed a response.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is granted, counsel is excused from further responsibilities, and the appeal is dismissed. *See* 5TH CIR. R. 42.2.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.